**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **NADIR OMAR ABDULLAH BIN SA'ADOUN ALSA'ARY,** a/k/a **Ahmed Omar (ISN 30)** | ) ) ) ) ) | |
| **Petitioner,** | ) ) | |
| v. | ) ) | **Civil Action No. 09-745 (RCL)** |
| **BARACK OBAMA,** *et al.*, | ) ) ) | |
| **Respondents.** | ) ) ) | |

## ORDER

The Court conducted a status conference in this matter on September 30, 2009. In accordance with that proceeding, it is hereby

ORDERED respondents provide their complete discovery within thirty (30) days of this Order; it is further

ORDERED that petitioner shall file his traverse within sixty (60) days of respondents' final disclosures; and it is further

ORDERED that the parties propose a schedule for judgment on the record within fourteen (14) days of the filing of petitioner's traverse.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on September 30, 2009.